UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| VAUGHN S. ARCHER, | ) | NO. CV 16-00445-JLS (AS) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| DANIEL PARAMO, Warden, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the initial Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Final Report and Recommendation.

**IT IS ORDERED** that Judgment be entered denying and dismissing the Petition with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and the
3 Judgment herein on counsel for Petitioner and counsel for
4 Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: September 5, 2016.

                                    _____
                                         JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE