# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VAUGHN S. ARCHER, ) | NO. CV 16-00445-JLS (AS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DANIEL PARAMO, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 5, 2016

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE